UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PIERRE PHILIPPE BARKATS | ) | Case No. 14-00053 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WENDELL W. WEBSTER, TRUSTEE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 18-10021 |
| | ) | |
| RONDI WALKER, et al | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**TRUSTEE'S RESPONSE TO MOTION TO INTERVENE**

Wendell W. Webster, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Pierre Philippe Barkats ("Debtor"), by and through his undersigned counsel, hereby responds to the Motion to Intervene filed by Candela Corporation, a judgment creditor of the Debtor's former spouse, Dr. Rondi Walker, as follows:

1. On September 6, 2019, the Trustee sold the real property owned by the Debtor and his former spouse, Dr. Rondi Walker, located at 3241 Woodland Drive, NW, Washington, D.C. 20008, previously known as 3232 Garfield Street, NW, for $2.85 million.

2. The Trustee is currently holding $1,962,932.53 in escrow pending a final ruling by this Court.

3. Upon learning of Candela Corporation's judgment against Dr. Walker, the Trustee recommended that Candela Corporation intervene in this case.

4. The Trustee has no objection to Candela Corporation being joined as a party in this

case. This Court will determine if Candela Corporation's claim will be paid out of Dr. Walker's share.

    Respectfully Submitted,

    WEBSTER & FREDRICKSON, PLLC

    */s/ Natalie S. Walker*
    Natalie S. Walker, Esq., #499276
    1775 K Street, N.W.
    Suite 290
    Washington, D.C. 20006
    (202) 659-8510

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2020, a true and correct copy of the foregoing Trustee's Response to Motion to Intervene was served by way of the Court's Electronic Filing System (ECF) on all interested parties.

/s/ Natalie S. Walker
Natalie S. Walker, Esq.